Logan Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
Edward Chang (NV 11783)
echang@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:  619-269-0400
Fax:  619-269-0401

Michael F. Lynch (NV 8555)
Michael@LynchLawPractice.com
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.:  702-684-6000
Fax:  702-543-3279

*Attorneys for Court-Appointed Monitor*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor,<br><br>                Plaintiff,<br>     v.<br><br>GARY PATTEN, an individual; PANO ADVISORS, INC., a Nevada corporation; DOES I-X; and ROE CORPORATIONS I-X,<br><br>                Defendants. | Case No. 2:17-cv-02968-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(First Request)**<br><br>Judge:     Hon. James C. Mahan |

Plaintiff, Court-appointed Monitor, Thomas W. McNamara ("Plaintiff")[1], by and through his counsel, Michael F. Lynch of the Lynch Law Practice, PLLC and Edward Chang and Logan Smith of McNamara Smith LLP and Defendants Gary Patten and Pano Advisors, Inc. ("Defendants"), by and through their counsel, Jacobs L. Fonnesbeck of Smith Correll, LLP and

---

[1] Thomas W. McNamara is acting in his capacity as the Court-appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries.

1

| | |
|---|---|
| 1 | Sharon L. McCarthy, Christopher M. Ferguson, and Cassandra Vogel of Kostelanetz & Fink, |
| 2 | LLP, hereby stipulate to the following: |

WHEREAS, Defendants Gary Patten and Pano Advisors, Inc.'s Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") was filed on February 9, 2018 (ECF No. 22);

WHEREAS, Plaintiff's deadline to file his response to the Motion to Dismiss is currently February 23, 2018;

WHEREAS, the parties stipulate, subject to Court approval, that Plaintiff's deadline to file his response to the Motion to Dismiss shall be extended by three weeks, to March 16, 2018;

WHEREAS, the parties also stipulate, subject to Court approval, that Defendants' deadline to file their reply shall be extended by two weeks, to April 6, 2018; and

WHEREAS, this is the first stipulation for extension of time to file Plaintiff's response and Defendants' reply to the Motion to Dismiss.

| Dated: February 20, 2018 | Dated: February 20, 2018 |
|---|---|
| MCNAMARA SMITH LLP | KOSTELANETZ & FINK, LLP |
| /s/ Edward Chang | /s/ Christopher M. Ferguson |
| Edward Chang (NV 11783)<br>655 West Broadway, Suite 1600<br>San Diego, California 92101<br>Tel.: 619-269-0400<br>Fax: 619-269-0401 | Christopher M. Ferguson<br>Kostelanetz & Fink, LLP<br>7 World Trade Center, 34th Floor<br>New York, New York 10007<br>Tel.: 212-808-8100<br>Fax: 212-808-8108<br>cferguson@kflaw.com |
| Attorneys for Court-Appointed Monitor,<br>Thomas W. McNamara | Attorneys for Defendants Gary Patten and<br>Pano Advisors, Inc. |

IT IS SO ORDERED:

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

DATED: February 23, 2018

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2018, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail a true and correct copy of the foregoing a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**, postage prepaid and addressed to the following:

**VIA CM/ECF**
Sharon L. McCarthy
Christopher M. Ferguson
Cassandra Vogel
Kostelanetz & Fink, LLP
7 World Trade Center, 34th Floor
New York, NY 10007
Tel.: 212-808-8100
Admitted Pro Hac Vice
smccarthy@kflaw.com
cferguson@kflaw.com
cvogel@kflaw.com
*Attorneys for Defendants*

**VIA CM/ECF**
Jacob L. Fonnesbeck
Smith Correll, LLP
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: 725-666-8701
jfonnesbeck@smithcorrell.com
*Attorneys for Defendants*

  /s/ Edward Chang
Edward Chang
*Attorneys for the Court-appointed Monitor,
Thomas W. McNamara*