Logan Smith (*Admitted Pro Hac Vice*)
lsmith@mcnamarallp.com
Edward Chang (NV 11783)
echang@mcnamarallp.com
McNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401

Michael F. Lynch (NV 8555)
Michael@LynchLawPractice.com
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.:   702-684-6000
Fax:   702-543-3279

*Attorneys for Court-Appointed Monitor,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries,

                                    Plaintiff,

        v.

GARY PATTEN, an individual; PANO ADVISORS, INC., a Nevada corporation; DOES I-X; and ROE CORPORATIONS I-X,

                                    Defendants.

Case No. 2:17-cv-02968-JCM-NJK

**JOINT STATUS REPORT**

On April 3, 2018, the Court issued its Order requiring the parties "to file, no later than April 10, 2018 either (1) a joint discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time." (ECF No. 28.) Plaintiff Thomas W. McNamara in his capacity as court-appointed Monitor (the "Monitor") and Defendants Gary Patten ("Patten") and Pano Advisors, Inc. ("Pano") (collectively, "Defendants" and together with Monitor, the "Parties"), by and through their counsel of record, respectfully submit this Joint Status Report and state as follows:

On February 9, 2018, Defendants filed their Motion to Dismiss. (ECF No. 22.) The Monitor filed his Opposition on March 16, 2018. (ECF No. 26.) Defendants' Reply is due on April 6, 2018. The Parties have been focused on the Motion to Dismiss and apologize to the Court for their failure to submit a stipulated discovery plan in the interim.

The parties respectfully request an extension of time, until April 23, 2018, to comply with the Court's April 3 Order. Defendants' primary counsel, Christopher M. Ferguson, has a previously scheduled and prepaid family vacation to France from April 6, 2018 to April 13, 2018. Additionally, the Monitor's primary counsel, Logan D. Smith, is currently on a family vacation in Hawaii from March 31, 2018 to April 7, 2018.

///
///
///
///
///
///
///
///
///
///
///
///

Defendants are also considering filing a motion to stay discovery while their Motion to Dismiss is pending. In light of the foregoing, the Parties respectfully request the Court extend the April 10, 2018 deadline to April 23, 2018 to allow the Parties to either file a stipulated discovery plan or for the Defendants to file their motion to stay discovery, which the Monitor will oppose.

Dated: April 5, 2018

MCNAMARA SMITH LLP

/s/ Edward Chang
Edward Chang (NV 11783)
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:    619-269-0400
Fax:    619-269-0401

*Attorneys for Court-Appointed Monitor, Thomas W. McNamara*

Dated: April 5, 2018

KOSTELANETZ & FINK, LLP

/s/ Christopher M. Ferguson
Christopher M. Ferguson
Kostelanetz & Fink, LLP
7 World Trade Center, 34th Floor
New York, New York 10007
Tel.:    212-808-8100
Fax:    212-808-8108
cferguson@kflaw.com

*Attorneys for Defendants Gary Patten and Pano Advisors, Inc.*

IT IS SO ORDERED:

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: _ April 6, 2018          _____