Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
Andrew M. Greene (*Pro Hac Vice*)
agreene@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 900
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401

Michael F. Lynch (NV 8555)
Michael@LynchLawPractice.com
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.:   702-684-6000
Fax:   702-543-3279

*Attorneys for Court-Appointed Monitor,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; et al.,<br><br>       Plaintiff,<br>   v.<br><br>GARY PATTEN, an individual; PANO ADVISORS, INC., a Nevada corporation; DOES I-X; and ROE CORPORATIONS I-X,<br><br>       Defendants. | Case No. 2:17-cv-02968-GMN-NJK<br><br>**NOTICE OF DISMISSAL PURSUANT TO ORDER OF DECEMBER 15, 2021 [ECF NO. 122]** |

NOTICE IS HEREBY GIVEN that pursuant to the Order entered December 15, 2021 (ECF No. 122), Plaintiff hereby dismisses the above-captioned action, in its entirety, without prejudice.

Dated: December 21, 2021

McNamara Smith LLP

By: /s/ Andrew M. Greene
Andrew M. Greene (*Pro Hac Vice*)
Logan D. Smith (Pro Hac Vice)
655 West Broadway, Suite 900
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401

Michael F. Lynch (NV 8555)
Lynch Law Practice, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.:   702-684-6000
Fax:   702-543-3279

*Attorneys for Court-Appointed Monitor, Thomas W. McNamara*

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2021, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF DISMISSAL PURSUANT TO ORDER OF DECEMBER 15, 2021 [ECF NO. 122]**, postage prepaid and addressed to the following:

**VIA CM/ECF**
Sharon L. McCarthy (*Pro Hac Vice*)
Christopher M. Ferguson (*Pro Hac Vice*)
Kostelanetz & Fink, LLP
7 World Trade Center
250 Greenwich Street, 34th Floor
New York, NY 10007
Tel.: 212-808-8100
Fax: 212-808-8108
Email: smccarthy@kflaw.com
cferguson@kflaw.com
*Attorneys for Defendants Gary Patten and Pano Advisors, Inc.*

**VIA CM/ECF**
Jacob L. Fonnesbeck
SF Firm, LLP
6345 South Pecos Road, Suite 202
Las Vegas, NV 89120
Tel.: 725-666-8700
Fax: 725-666-8710
Email: jfonnesbeck@sffirm.com
*Attorneys for Defendants Gary Patten and Pano Advisors, Inc.*

**VIA CM/ECF**
Mary E. Bacon
Spencer Fane LLP
300 South Fourth Street, Suite 950
Las Vegas, NV 89101
Tel.: 702-408-3400
Fax: 702-408-3401
Email: mbacon@spencerfane.com
*Attorneys for Brian Weaver*

**VIA CM/ECF**
Sean K. McElenney
Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Tel.: 602-364-7000
Fax: 602-364-7070
Email: skmcelenney@bclplaw.com
*Attorneys for Movants Kim Tucker, Black Creek Capital Corporation, NM Service Corporation, BA Services, LLC, and Westfund LLC*

   /s/ Andrew M. Greene
Andrew M. Greene
*Attorneys for the Court-Appointed Monitor, Thomas W. McNamara*